DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

---

STATE v. HUGENBERG

No. 52 PC.

Case below: 34 N.C. App. 91.

Petition by defendant for discretionary review under G.S. 7A-31 denied 20 October 1977.

STATE v. KING

No. 115.

Case below: 34 N.C. App. 165.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 15 November 1977.

STATE v. LATTAKER

No. 72 PC.

Case below: 34 N.C. App. 166.

Petition by defendant for discretionary review under G.S. 7A-31 denied 18 November 1977. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 18 November 1977.

STATE v. LOCKLEAR

No. 111.

Case below: 34 N.C. App. 37.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 18 October 1977.

STATE v. PLESS

No. 125.

Case below: 34 N.C. App. 166.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 16 November 1977.